IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAG AMMO CORP., *et al.*,
    Plaintiffs,

v.                                                   Civil No. 3:21cv332 (DJN)

KM TRADE d.o.o., *et al.*,
    Defendants.

**DISMISSAL ORDER**

This matter comes before the Court on Plaintiffs' Stipulation of Dismissal Without Prejudice (ECF No. 38). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby DISMISSES WITHOUT PREJUDICE all claims between the parties, with each party to bear its own fees and costs. Because no issues remain in dispute, the Court hereby DENIES AS MOOT Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 17).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                    /s/
                                                                   David J. Novak
                                                                   United States District Judge

Richmond, Virginia
Date: July 20, 2021